AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Location Information for cellular telephone number (475)<br>737-6739 | )<br>)<br>)<br>)<br>)<br>) |

Case No.

3:19mj980(WIG)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Location Information for cellular telephone number (475) 737-6739

located in the _____ District of _____ Connecticut _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1951(a)          Hobbs Act Robbery | |

The application is based on these facts:
see Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Sean Brackett, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___07/13/2017___

/s/
_____
*Judge's signature*

City and state:  Bridgeport, CT

Hon. William I. Garfinkel, US Magistrate Judge
*Printed name and title*